```
 1 | NICHOLAS A. TRUTANICH
    | United States Attorney
 2 | District of Nevada
    | Nevada Bar Number 13644
 3 | KEVIN D. SCHIFF
    | Assistant United States Attorney
 4 | 501 Las Vegas Blvd. South, Suite 1100
    | Las Vegas, Nevada 89101
 5 | PHONE (702) 388-6336
    | FAX (702) 388-5087
 6 | Kevin.Schiff@usdoj.gov
    | *Attorneys for the United States*
 7 |
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL-SITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 323-378-2824 | 2:20-mj-0051-EJY<br><br>**Motion to Unseal Legal Process**<br><br>**(FILED UNDER SEAL)** |

The United States of America by and through Nicholas Trutanich, United States Attorney, and his assistant Kevin Schiff, hereby moves to unseal the above captioned matter(s) so the Government can provide all such documentation in discovery.

This legal process was issued in 2020 during an investigation by the Federal Bureau of Investigation, and portions were sealed to protect the integrity of the investigation. The result of that investigation as resulted in criminal indictments being issued in United States

v. Lewis Arellano et al., 2:20-cr-00264-KJD-VCF, and United States v. Sergio Rios, 2:20-cr-00300-JAD-NJK.

      DATED this 9th day of December, 2020.

                                    NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    */s/ Kevin Schiff* .
                                    Kevin D. Schiff
                                    Assistant United States Attorney

CERTIFICATION:

      Pursuant to local Rule IA 10-5(c), undersigned counsel certifies a copy of this motion was provided to defense counsel via the following means on this 9th day of December, 2020: EMAIL.

                                      NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    */s/ Kevin Schiff* .
                                    Kevin D. Schiff
                                    Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL-SITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 323-378-2824 | 2:20-0051-EJY<br><br>**Motion to Unseal Legal Process**<br><br>**(FILED UNDER SEAL)** |

Based upon Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the above captioned matter(s) to be provided in discovery. Thus, the Court orders the case number(s) identified and any documentation filed therein unsealed.

IT IS SO ORDERED:

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:   December 9, 2020

3